UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Amy Davis,<br><br>    Plaintiff,<br>v.<br><br>USAA Savings Bank,<br><br>    Defendant. | Civil Action No.: 5:14-cv-01112-FB |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Amy Davis | USAA Savings Bank |
|---|---|
| /s/ Sergei Lemberg | /s/ Theodore C. Schultz |
| Sergei Lemberg, Esq.<br>Lemberg Law, L.L.C.<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250<br>Facsimile: (203) 653-3424<br>Attorney for Plaintiff | Theodore C. Schultz, Esq.<br>Lindow Stephens Treat LLP<br>One Riverwalk Place<br>700 N. St Mary's Street, Suite 1700<br>San Antonio, TX 78205<br>Telephone: (210) 227-2200<br>Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 5, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Sergei Lemberg
                Sergei Lemberg